JAMES E. SELL, ESQ. (SBN 135935)
Jsell@tysonmendes.com
TYSON & MENDES LLP
371 Bel Marin Keys Blvd., Suite 100
Novato, CA 94949
Telephone: (628) 253-5070
Facsimile: (628) 299-7764

Attorneys for Defendant,
XTRA LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRM INVESTMENTS, a California Corporation doing business as EVVIRONMENTAL RESPONSE GROUP<br><br>Plaintiff,<br><br>v.<br><br>XTRA LLC, a Delaware limited liability company; U.S. FREIGHT LINES, INC., an Illinoise Corporation and DOES 1-25, inclusive<br><br>Defendants. | Case No.: 2:26-CV-01852-JAM-SCR<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>Case Filed: May 18, 2026<br>Trial Date: Not Set |

Plaintiff BRM Investments, a California Corporation doing business as Environmental Response Group ("Plaintiff"), and Defendant XTRA LLC ("XTRA"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the Complaint in this action on May 18, 2026;

WHEREAS, XTRA was served on or about August 4, 2026;

WHEREAS, XTRA's original deadline to answer or otherwise respond to the Complaint was August 25, 2026;

WHEREAS, XTRA and Plaintiff previously stipulated to extend the responsive deadline to September 30, 2026.

WHEREAS, XTRA requires additional time to investigate the allegations of the Complaint and to prepare and file its responsive pleading;

WHEREAS, the parties agree that good cause exists for the requested extension of time;

WHEREAS, one prior extensions of time to respond to the Complaint have been requested by or granted to XTRA;

WHEREAS, because the requested extension exceeds twenty-eight (28) days, the parties submit this Stipulation together with a proposed order for the Court's approval pursuant to Local Rules 143 and 144; and

WHEREAS, this Stipulation is entered into without prejudice to, and does not constitute a waiver of, any claim, right, defense, or objection of any party.

NOW, THEREFORE, subject to the approval of the Court, the parties, through their respective counsel, hereby STIPULATE AND AGREE, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 143 and 144, as follows:

1. The time for Defendant XTRA LLC to answer or otherwise respond to the Complaint is extended up to and including November 2, 2026.

2. This Stipulation does not constitute a waiver of any claim, right, defense, or objection of any party, including any defense under Federal Rule of Civil Procedure 12.

IT IS SO STIPULATED.

Dated: October 5, 2026

SAGE LAW APC

By: ______________________
Sage S. Sepahi
Attorneys for Plaintiff BRM Investments dba Environmental Response Group

Dated: September 30, 2026

TYSON & MENDES LLP

By: *James E. Sell*
James E. Sell
Attorneys for Defendant XTRA LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRM INVESTMENTS, a California Corporation doing business as EVVIRONMENTAL RESPONSE GROUP<br><br>Plaintiff,<br><br>v.<br><br>XTRA LLC, a Delaware limited liability company; U.S. FREIGHT LINES, INC., an Illinoise Corporation and DOES 1-25, inclusive<br><br>Defendants. | Case No.: 2:26-cv-01852-JAM-SCR<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANT XTRA LLC'S TIME TO RESPOND TO THE COMPLAINT**<br><br>Case Filed: May 18, 2026<br>Trial Date: Not Set |

Having considered the parties' Stipulation to Extend Defendant XTRA LLC's Time to Respond to the Complaint, and good cause appearing therefor,

IT IS HEREBY ORDERED that the time for Defendant **XTRA LLC** to answer or otherwise respond to the Complaint is extended up to and including **November 02, 2026**.

**IT IS SO ORDERED**.

Dated: October 14, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE